IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | | |
|---|---|---|
| PANTRINCA D. WILEY, | § | |
| Plaintiff, | § § | |
| vs. | § | CIVIL NO: 3:16-cv-00275-JMV |
| NANCY A. BERRYHILL, Commissioner of Social Security, | § § § | |
| Defendant. | § § | |

## Order

This matter comes before the Court upon the motion of Plaintiff's *pro hac vice* counsel, Alyssa Van Auken, to excuse local counsel, Mager A. Varnado Jr., Esq., from oral argument currently scheduled for June 7, 2017 at 10:00 AM before the Honorable Magistrate Judge Jane M. Virden. Plaintiff's *pro hac vice* counsel indicates that attorney Alyssa K. Van Auken, Esq., will represent Plaintiff at the oral argument via videoconferencing software. Counsel for defendant was consulted and does not object to this motion to excuse local counsel from oral argument.

This Court has considered the motion, the explanation by Plaintiff's counsel, and Defendant's consent to the motion.

It is therefore ORDERED that Plaintiff's motion to excuse local counsel from oral argument is GRANTED.

This 17th day of May, 2017.

/s/ Jane M. Virden
United States Magistrate Judge

Proffered by: */s/ Alyssa K. Van Auken*